IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALEX  RODRIGUEZ,

        Appellant,

 v.
                                Case No.  5D22-462
                                LT Case No. 2014-CF-006471-A-OR

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed November 8, 2022

Appeal from the Circuit Court
for Orange County,
Tom Young, Judge.

Matthew J. Metz, Public Defender, and Teresa
D. Sutton, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Kaylee D. Tatman, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

SASSO, TRAVER and WOZNIAK, JJ., concur.